Amity Johnson
_____
Name
950 W. Cordova Rd. #117
_____
Santa Fe, NM 87505
_____
Address

UNITED STATES DISTRICT COURT
DIS TRICT

2023 FEB 14 AM 9: 14

CLERK-SANTA FE

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Amity S. Johnson , Plaintiff
_____
(Full Name)

v.

Seabourn Cruise , Defendant(s)
Line

CASE NO. CV 23-135
_____
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C. §1983

## A.   JURISDICTION

1)   Amity S. Johnson , is a citizen of New Mexico
     _____              _____
     (Plaintiff)                          ( State )
     who presently resides at  950 W. Cordova Rd. #117,
     _____
     (Mailing address or place of confinement)
     Santa Fe, NM 87505 .
     _____

2)   Defendant  Seabourn Cruise Line              is a citizen of corporation
     _____
     (Name of first defendant)
     Seattle, WA                              , and is employed as
     _____
     (City, State)
     N/A                                      . At the time the claim(s)
     _____
     ( Position and title, if any)
     alleged in this complaint arose, was this defendant acting under color of state law?
     Yes ☐    No ☐    If your answer is "Yes", briefly explain:

XE-2    2/78    CIVIL RIGHTS COMPLAINT (42 U.S.C. §1983)

3) Defendant _____ N/A _____ is a citizen of

(Name of second defendant)

_____ N/A _____ , and is employed as

(City, State)

_____ N/A _____ . At the time the claim(s)

( Position and title, if any)

alleged in this complaint arose, was this defendant acting under color of state.

Yes ☐    No ☐    If your answer is "Yes", briefly explain:

N/A

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3), 42U.S.C. §1983. (If you wish to assert Jurisdiction under different or additional statutes, you may list them below.)

Jurisdiction is invoked pursuant to 28 USC § 1331 (involves federal law) and 28 USC § 1332 (dispute among residents of different states with the amount in controversy over $75,000).

## B. NATURE OF THE CASE

1) Briefly state the background of your case.

I experienced consumer fraud and assault while on a cruise.

A friend of mine was diagnosed with breast cancer. To celebrate her life and our friendship, I purchased two tickets for a once-in-a-lifetime luxury cruise on The Seabourn Odyssey from Vancouver, Canada to Sydney, Australia (Sept. 30, 2022 - Dec 5, 2022).

The trip was expensive: $80,000 with an additional $8,000 cancellation insurance.

Early on in the voyage, on Oct. 15, 2022, we anchored near Kona, Hawaii. While taking a tender ashore, I became seasick. I returned to the ship on the next tender and tried to return to my cabin without vomiting on any of the staff.

One staff person became insistent that I visit the ship's medical center.

XE-    2/7                      -2-

I was not feeling well enough to walk to the medical center, and I also knew the feeling would subside, so I politely refused. →

He insisted, and when I refused again, he had me forcibly and violently removed from the vessel.

All of my luggage was dumped on the shore.

I believe this removal was unnecessary, and that I am due a refund for this cruise.

## C.   CAUSE OF ACTION

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations:  (If necessary, you may attach up to two additional pages (8 1/2" x 11") to explain any allegation or to list additional supporting facts.

A)(1)   Count I:

Racketeering in violation of 18 U.S.C. §§ 1951-1960.

(2)   Supporting Facts:  (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved. State the facts clearly in your own words without citing leagl authority or argument.)

Seabourn employees used robbery and extortion in furtherance of a scheme to collect an unearned profit.

B)(1)   Count II:

(2)  Supporting Facts:

XE-2 2/78                                              -3-

C)(1)  Count III:

(2)  Supporting Facts:

D) PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment?
Yes ☐   No ☒   If your answer is "YES", describe each lawsuit.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a)  Parties to previous lawsuit.

   Plaintiffs: _____ N/A _____

   Defendants: _____ N/A _____

   b)  Name of court and docket number:

   N/A

   c)  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?
   N/A

   d)  Issues raised: _____ N/A _____

e)   Approximate date of filing lawsuit:    _N/A_____

f)   Approximate date of disposition:    _N/A_____

2)   I have previously sought informal or formal relief from the appropriate administrative  officials regarding the acts complained of in Part C.  Yes ☐   No ☒    If your answer is "Yes", briefly describe how relief was sought and the results.  If your answer is "No," briefly explain why administrative relief was not sought.

## E.   REQUEST FOR RELIEF

1)   I believe that I am entitled to the following relief:

88,000   Amount paid for cruise and travel insurance.

5,000   Airfare for unexpected return flight from Hawaii, plus hotel stay.

13,200   Unexpected 6-mo lease in Santa Fe.

20,000   Pain, suffering, loss of 13-year friendship.

$126,200

_____            _amity johnson_____
Signature of Attorney (if any)                   Signature of Petitioner


Attorney's full address and telephone number.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. Sec. 1746. 18 U.S.C. Sec. 1621.

Executed at _____Santa Fe , NM_____ on ___Feb 14___ 20 23

                              (Location)                       (Date)

                                               amily johnsn_____

                                                    (Signature)

XE-2   2/78

**Payment for Seabourn Odyssey Sept. 30, 2022 - Dec. 5, 2022.**

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Cashier's Check - Customer Copy

Void After 90 Days

No. 0096916667

Date 07/08/22 10:10:37 AM

91-170 1221

NAZ

BELLINGHAM

0003   0037071   0008

Pay

BANK OF AMERICA   8 0 0 0 0 00 CTSCTS

**Eighty Thousand and 00/100 Dollars**

To The Order Of   SEABOURNE

**$80,000.00**

Not-Negotiable
Customer Copy
Retain for your Records

457002931694

Remiter (Purchased By):   AMITY S JOHNSON

Bank of America, N.A.
PHOENIX, AZ

BANK OF AMERICA   Cashier's Check   No. 0096916667

Void After 90 Days   91-170 1221   Date 07/08/22 10:10:37 AM

NAZ

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

BELLINGHAM

0003   0037071   0008

Pay

BANK OF AMERICA   8 0 0 0 0 00 CTSCTS

**$80,000.00**

**Eighty Thousand and 00/100 Dollars**

To The Order Of   SEABOURNE

Remiter (Purchased By):   AMITY S JOHNSON

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑈0096916667⑈ ⑈122101706⑈ 457002931694⑈

■ THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK. ■   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS. ■

## Payment for Travel Insurance for
## Seabourn Odyssey Sept. 30, 2022 - Dec. 5, 2022.



Make A Payment



**Injuries sustained on Oct. 15, 2022.**






AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

<table>
<tr><td rowspan="11"></td><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
<tr><td>)</td><td></td></tr>
</table>

Amity S. Johnson
_____
*Plaintiff(s)*

v.                                              Civil Action No.

Seabourn Cruise Line
_____
*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Seabourn Cruise Line
450 Third Ave. W.
Seattle, WA 98119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                          _____
                                                          *Printed name and title*

                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc: